United States Bankruptcy Court
Middle District of Georgia

IN RE:  
Cynthia Evone Bennett  
Po Box 4087  
Cordele, GA 31010

Chapter 13

Case No. 10-10779-JDW

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $870.30 in unclaimed funds of Modern Loan, creditor.

Last Known Address (Most recent listed left to right):

Modern Loan  
Po Box 1077  
Thomasville,GA 31799-1077

Dated: 9/20/2013

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee